# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

GLENN EDWARED MERRIFIELD,

    Plaintiff,

v.

HOUSE AND PROPERTY INSURANCE, *et al*.,

    Defendants.

Case No. 2:08-CV-01464-KJD-PAL

**ORDER**

    Plaintiff's initial complaint was filed on June 25, 2008. It appears that Plaintiff attempted to file an amended complaint on May 11, 2009. Since that date, Plaintiff has taken no action of record. Accordingly, the Court dismisses Plaintiff's complaint for want of prosecution. Furthermore, the Court considers the factual allegations of the complaint "to determine if they plausibly suggest an entitlement to relief." Ashcroft v. Iqbal, 129 S. Ct. 1937, 1951 (2009) (citing Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)). Plaintiff's complaint fails to state a claim that is plausible on its face.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's complaint is **DISMISSED with prejudice**.

    DATED this 29th day of March 2012.

_____
Kent J. Dawson
United States District Judge